**674**

John M. SHEARMAN,
Petitioner/Appellant,

v.

Mary E. SHEARMAN,
Respondent/Respondent.

No. 60586.

Missouri Court of Appeals,
Eastern District,
Division One.

May 19, 1992.

Mary Ann Weems, Clayton, for petitioner/appellant.

Catherine W. Keefe, Clayton, for respondent/respondent.

ORDER

PER CURIAM.

Appellant, John Shearman, appeals from the June 19, 1991, order of the Circuit Court of St. Louis County dissolving his marriage to respondent, Mary Shearman, determining child custody, ordering child support and distributing marital property. We affirm.

The order of the trial court is supported by substantial evidence and is not against the weight of the evidence. In addition, no error of law appears. As we find an opinion would have no precedential value, we affirm the trial court's order pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

Larry MARR, Respondent,

v.

CAPE CHEMICAL COMPANY, d/b/a
Cape Kil Pest Control Company,
Appellant.

No. 60673.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 19, 1992.

Edward E. Calvin, Cape Girardeau, for appellant.

Larry Marr, pro se.

ORDER

PER CURIAM.

Employer appeals an order of the trial court awarding Employee $750.60 in an action to recover pay for accumulated sick and vacation days. Affirmed. The findings and conclusions of the trial court are not clearly erroneous and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this Order affirming the judgment pursuant to Rule 84.16(b).